# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ISMAEL SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J. KIM AND DR. ULIT,<br><br>        Defendants. | CASE No. 1:13-cv-00696-AWI-DLB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING TO DISMISS THIS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 8)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Carlos Ismael Sanchez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff filed his original complaint on May 13, 2013, and is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On April 2, 2014, the Court issued an order dismissing the complaint, with leave to amend, for failure to state a claim. (ECF No. 8.) Plaintiff was given thirty days to file an amended complaint and was cautioned that the failure to do so would result in the dismissal of this action for failure to state a claim. More than thirty days has passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, it is HEREBY RECOMMENDED that this action be dismissed, with prejudice, based on Plaintiff's failure to state a claim.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, the parties may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." The parties are advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d
3  1153, 1157 (9th Cir. 1991).

5  IT IS SO ORDERED.

   Dated:   **August 13, 2014**                    /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE