UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ISMAEL SANCHEZ,<br><br>             Plaintiff<br><br>      v.<br><br>J. KIM AND DR. ULIT,<br><br>             Defendants. | CASE No. 1:13-cv-00696 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, RECOMMENDING THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 9) |

   Plaintiff Carlos Ismael Sanchez ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On April 2, 2014, the Court issued an order dismissing the complaint, with leave to amend, for failure to state a claim (ECF No. 8.)  Plaintiff was given thirty days to file an amended complaint and was cautioned that the failure to do so would result in the dismissal of this action for failure to state a claim.  More than thirty days passed and Plaintiff did not comply or otherwise respond to the Court's order.  Therefore, on August 13, 2014, the Magistrate Judge issued a Findings and Recommendation that recommended the action be dismissed, with prejudice, for failure to state a claim.  (ECF No. 9.)  Plaintiff did not file any objections to the Findings and Recommendations.  The Court notes that the Findings and Recommendation served on Plaintiff was returned by the U.S. Postal Service as undeliverable.

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on August 13, 2014, in full;
2. This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;
3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, 658 F.3d 1090, 1098-99 (9th Cir. 2011); and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 30, 2014                                                    
                                              SENIOR  DISTRICT  JUDGE